IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40058
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE LUIS ALEMAN,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:98-CR-28-1
- - - - - - - - - -

August 25, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Luis Aleman has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Aleman has filed a response to counsel's motion in which he argues that his trial counsel was ineffective.  The record has not been adequately developed for us to consider Aleman's argument on direct appeal.  See United States v. Haese, 162 F.3d 359, 363-64 (5th Cir 1998), cert. denied, ___ S. Ct. ___, 1999 WL 241837

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(U.S., May 24, 1999). Our independent review of the brief, the record, and Aleman's response discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.